# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DANIEL SANDERS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:19-CV-528-JDK-JDL |
| PAM PACE, ET AL., | § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Daniel Sanders, an inmate proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love under 28 U.S.C. § 636. On March 3, 2020, Judge Love issued a Report and Recommendation (Docket No. 23), recommending that Plaintiff's claims against Defendant Warden Catoe be dismissed. *Id.* at 10. A return receipt indicating delivery to Plaintiff was received by the Clerk on March 23, 2020. Docket No. 28.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Plaintiff did not file objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 23) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 23) be **ADOPTED**. It is further

**ORDERED** that the claims against Defendant Warden Catoe are **DISMISSED WITHOUT PREJUDICE**. Warden Catoe is **DISMISSED** as a party to the lawsuit. This dismissal shall have no effect upon the remaining claims and parties in the lawsuit.

So **ORDERED** and **SIGNED** this **8th** day of **April, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE